180 So. 323

**Eddie GRIMES v. Edward FULMER,**
**pro ami.**

**8 Div. 876.**

Supreme Court of Alabama.

Feb. 10, 1938.

Rehearing Denied April 21, 1938.

Fred S. Parnell, of Florence, for appellant.

Murphy & Pounders, of Florence, for appellee.

PER CURIAM.

Affirmed on authority of Grimes v. Arnold Fulmer, Ala.Sup., 180 So. 321.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.